MIGUEL SANCHEZ v. PUBLIC SERVICE ELECTRIC & GAS CO., NEW JERSEY DEPARTMENT OF TRANSPORTATION.

September 17, 1985.

Petition for certification denied.

ANGELO CIGOLINI v. AL OLSHAN AND MARTIN MARSH.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ISHMAEL GONZALES.

September 17, 1985.

Petition for certification denied.